**Abatement Order filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00763-CV

———————

### ROLAND GUTIERREZ, Appellant

### V.

### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

---

**On Appeal from the 419th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-22-002848**

---

## ABATEMENT ORDER

The clerk's record in this case was due October 10, 2022. *See* Tex. R. App. P. 35.1. The record was not filed. On November 22, 2022, this court ordered the Civil District Clerk of Travis County to the file the clerk's record within 30 days. No response has been received. The record has not been filed with the court. The trial and appellate courts are jointly responsible for ensuring that the appellate

record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the clerk's record has not been filed timely as ordered, we issue the following order.

We direct the judge of the **419th District Court** to conduct a hearing at which the Civil District Clerk of Travis County, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; and (b) to establish a date certain when the clerk's record will be filed. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the clerk's record is filed before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant.